**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CHEVRON USA, INC., a
Pennsylvania Corporation,
*Plaintiff-Appellee,*

v.

MARGERY S. BRONSTER, Attorney
General of the State of Hawaii,
*Defendant,*

and

LINDA LINGLE, Governor of the
State of Hawaii; MARK J.
BENNETTI, Attorney General of the
State of Hawaii,
*Defendants-Appellants.*

No. 02-15867

D.C. No.
CV-97-00933-SOM
District of Hawaii,
Honolulu

ORDER

On Remand From The United States Supreme Court

Filed July 15, 2005

Before: Dorothy W. Nelson, Robert R. Beezer, and
William A. Fletcher, Circuit Judges.

---

## ORDER

In conformance with the mandate of the Supreme Court, we remand this case to the district court for further proceedings consistent with the opinion of the United States Supreme Court. *See* 125 S. Ct. 2074 (2005).

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2005 Thomson/West.